UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASSANDRA S. REID,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 10-13776

SENIOR UNITED STATES DISTRICT
JUDGE ARTHUR J. TARNOW

MAGISTRATE JUDGE MONA K.
MAJZOUB

## JUDGMENT

On September 21, 2012, the Court entered an Order [38] granting summary judgment to Plaintiff and denying summary judgment to Defendant and remanding this case to the Administrative Law Judge.

All issues having been resolved by the Court's order of September 21, 2012, **IT IS ORDERED AND ADJUDGED THAT THIS CASE SHALL BE CLOSED**.

Dated at Detroit, Michigan, this 21st day of September, 2012.

                        DAVID J. WEAVER
                        CLERK OF THE COURT
                        <u>BY: s/Michael Williams</u>
                        Deputy Clerk